ORIGINAL

OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI  #2735
1001 Bishop Street
Pauahi Tower, Suite 2525
Honolulu, HI  96813
Tel. No.: (808) 521-7465

MARY M. S. SHIN  #4851
Century Center
1750 Kalakaua Ave., Suite 206
Honolulu, HI  96826
Tel. No.: (808) 953-2109
FAX No.: (808) 953-2111

Attorneys for Defendant
CHUL HO CHO, dba "Kalakaua Market"

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 29 2006
at 3 o'clock and 15 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 04-00037 JMS-01 |
| ) | CR. NO. 05-00097 JMS-01 |
| vs. ) | |
| ) | |
| CHUL HO CHO, ) | RESPONSE TO DRAFT |
| dba "Kalakaua Market", ) | PRESENTENCE INVESTIGATION |
| ) | REPORT; EXHIBIT "A"; |
| Defendant. ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | Sentencing Date: June 26, 2006 |
| ) | Time: 3:00 p.m. |
| ) | Judge: J. Michael Seabright |
| ) | |

**RESPONSE TO DRAFT**
**PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant CHUL HO CHO, dba "Kalakaua Market", by and through his attorneys, KIUCHI & NAKAMOTO and MARY M. S. SHIN, and hereby submits his response to the draft presentence investigation report. Defendant CHO has the following objections, corrections or additions to the draft presentence investigation report.

## I.   FACTUAL INFORMATIONN THAT SHOULD BE AMENDED OR ADDED

**Paragraph 21** – At the time that the "officers seized the following items from KM" the Defendant was no longer operating Kalakaua Market as sole proprietor. Defendant CHO moved to the Big Island in November, 2003 to operate a new business with his wife. The new business was H.Y. Store in Captain Cook, Hawaii. Before Defendant CHO left for the Big Island he entered into an agreement to sell Kalakaua Market to another party. Because of the length of time that it takes to obtain approval of the transfer of a liquor license in the City and County of Honolulu Defendant CHO entered into a management agreement with the buyer, essentially giving the buyer all control over the operation of Kalakaua Market. When Defendant CHO left Kalakaua Market for the Big Island in November, 2003, most of the items listed in Paragraph 21 were not in the store. These items, and other items, were purchased by the buyer. Defendant CHO has agreed that the items listed in Paragraph 21 are drug paraphernalia and subject to seizure and further admits that as of January, 2004 the ownership of Kalakaua Market was still registered to him, under the records of the City and County of Honolulu. As evidence of the fact that Kalakaua Market was being managed by another party Defendant CHO attaches as Exhibit "A" a true and correct copy of the Management Agreement that he had with the buyer. (See also response to Paragraph 60).

**Paragraph 22** – Defendant CHO no longer owns Kalakaua Market but he was registered as the owner of Kalakaua Market at the time of the offense and at the time of the January, 2004

seizure. However, as noted above, management of Kalakaua Market was with another party at the time of the January, 2004 seizure.

**Paragraph 25** – Defendant CHO has not yet submitted the letter because he believed that this sentencing would be continued until sometime next year. After being made aware by his attorney, through the Asst. United States Attorney assigned to this matter, that it is not likely that the sentencing would be continued beyond June of this year, he will be working on and will submit a letter to the United States Probation Officer shortly.

**Paragraph 49** – The name of the corporation owned by Defendant CHO's wife is Koreana Jackie Corporation.

**Paragraph 50** – Defendant CHO moved to the Big Island in November, 2003.

**Paragraph 58** – The name of the restaurant owned by Koreana Jackie Corporation is the "Korean Garden Restaurant" which is located in the Alii Sunset Plaza Shopping Center. Koreana Jackie Corporation purchased this restaurant in January, 2005 and had planned to open the restaurant in February, 2005. Because the restaurant did not receive certain equipment that they were supposed to have received, they opened in April, 2005, but they were not fully operational until August, 2005, when the remainder of their equipment finally arrived. The restaurant was unable to pay rent for several months and had to negotiate payment of back rent with the landlord.

**Paragraph 59** – Defendant and his wife operated the H.Y. Store in Captain Cook, Hawaii from November, 2003 until February, 2005.

**Paragraph 60** – Defendant CHO did sell the inventory to a buyer in 2003, and not 2002, but the actual agreement was not completed until sometime prior to Defendant CHO moving to

the Big Island in November, 2003. Defendant CHO worked at Kalakaua Market until November, 2003.

**Paragraphs 62 and 63** – Defendant will submit the information to the United States Probation Officer as soon as possible.

## II. ADJUSTMENTS

Defendant CHO believes that the calculation of the adjustment, for the acceptance of responsibility, is the only applicable adjustment.

## III. OFFENSE LEVEL COMPUTATION

Defendant CHO agrees that the offense level is 10.

## IV. DEFENDANT'S CRIMINAL HISTORY

Defendant CHO has no prior criminal history and thus agrees that he is in criminal history category 1.

## V. GUIDELINE RANGE

Defendant CHO agrees that the guideline range for imprisonment is 6 to 12 months. Defendant CHO further agrees that this can be satisfied by the options set forth in Paragraph 69 of the Presentence Investigation Report.

## VI. FACTORS THAT WARRANT A SENTENCE OUTSIDE OF GUIDELINE

In addition to the seven factors set forth in Paragraph 80, Defendant CHO does have a mitigating factor in his favor that may justify a sentence below the guideline range. Defendant CHO has offered to cooperate with the authorities in providing them with information regarding the distributors and manufacturers of drug paraphernalia and while he has not yet been debriefed by any investigative authorities, he is still willing to cooperate and provide information to the

authorities that may enable them to prosecute the distributors and manufacturers of drug paraphernalia.

DATED: Honolulu, Hawaii, March 29, 2006.

OF COUNSEL:
KIUCHI & NAKAMOTO

BY: _____
KEITH M. KIUCHI

Attorneys for Defendant CHUL HO CHO