① 

# 상가 임대 계약서

임대인과 임차인은 다음 내용과 같이 임대계약을 체결한다

1. 임대할 부동산
   상호 : KALAKAUA MARKET
   소재지 : 1705 KALAKAUA AVE. HONOLULU HI 96

2. 계약 내용
   ① 부동산의 임대에 있어 임차인은 임대대금을 아래와 같이 지불한다.
   
   보증금   $40,000
   계약금   $13,000 을 10월 28일 03년 에 지불하고
   잔금     $27,000 을 11월 5일 03년 까지 지불한다
   월세     $1,700   을 매월 5일 까지 지불한다.
   
   ② 임대인은 위 부동산을 임대차 목적대로 사용할수 있는 상태로 하여 11월 5일 2003 임차인에게 인도하여 임대차 기간은 인도일로 부터 1년으로 한다.
   
   ③ 임대차 기간내에 임대인의 사정으로 해약이 되는 경우 임대인은 임차인으로부터 받은 보증금을 100% 돌려준다.
   
   임차는 임대인의 동의 없이 부동산의 용도나 구조 등을 변경 전대, 임차권 양도 또는 담보제공을 하지 못하여 임대차 목적 이외의 용도로 사용할수 없다.

EXHIBIT "A"

... 인도시 ... 부라되는 공과금 (관리비 ...에 보험료 ... ) ... 하고 이후는 임차인이 부담한다.

비부하여 (인벤토리, 개비) 임대 ... 에게 돌려주어 임대인은 보증금을 반환한다

인벤토리 11월 ... 2003 년 현재   $35,000

③             ⑧ 15                        ⑨ 13,000  11/15
                                              7,000   11/30
                    "2"                       5,000   12/30
              EXHIBIT                         5,000   1/...

1. 개업 후 통상 10회이상 부도처리(?)의 발생한 경우 임대계약은 파기되며 임차인은 보증금을 포기하고 부동산은 임대인에게 돌려준다.

2. 저거 라이센스를 잃은 경우, 임대계약은 파기되며 임차인은 보증금을 포기하고 부동산은 임대인에게 돌려준다.

3. 임대기간 중에 가게에서 운영 상 발생 되는 모든 일에 대하여 임차인이 책임 진다.

4. 임차인이 임대인에게 잔금을 지불하기 전까지 임대인은 계약금의 1.5배로 배상하고 임차인은 계약금을 포기함으로써 이 계약을 해제 할 수 있다.

본 계약을 증명하기 위하여 계약당사자가 이의 없음을 확인하고 각자 서명 날인한다.

년    월    일

임대인   성명   조 철 호         SACKRE CHO
         주민   612 56 ㅁ791    이상함 본정   Chul Ho Cho
         주소

임차인   성명   Suki. y Trantina
         주민   155. 58. 0023
         주소

양주 small.

| | |
|---|---|
| 2.19×4 +5 | =19.71 |
| 2.49×15 +4 +12 +6 +7  2.49×3 = ~~17~~ 4. | 82.17 |
| 3.49×3 | = 10.47 |
| 1.99×4 +8 +7 +2 +3 +2 | = 51.74 |
| ~~3~~ 3.29×6 | = 19.74 |
| 2.59×5 | = 12.95 |
| 2.29×9 | = 20.61 |
| 2.99×1 | = 2.99 |
| 2.89×8 +3 | = 31.79 |
| 2.39× ~~4~~ +7 | = 26.29 |
| 2.29×8 | = 18.32 |
| 2.99× 6  +2 +2 | ~~ ~~ |

②

② 임차인은 임대인 의 신용(Credit) 에 손상을 입힐경우
∴ 모든 책임은 거기 전액 보상한다.
a. 1개 수돗물 가세순액 더 한도로 변제할수 없다

PAUL A TRANTINA
5031 KIDD ST
HONOLULU    HI 96818-0000

EXHIBIT ____

| | | |
|---|---|---|
| 6.99 x 1. +12 +2 +3 +3 +4 | 6.99 x 25 | = 174.75 |
| 20.69 x 6 | 20.69 x 6 | = 124.14 |
| 14.09 x 3 | 14.09 x 3 | = 42.27 |
| 13.99 x 2 +6 | 13.99 x 8 | = 111.92 |
| 8.99 x 11 + 22 | 8.99 x 33 | = 296.67 |
| 9.99 x 10 +6 +2 +5 | 9.99 x 23 | = 229.77 |
| 14.79 x 4 +1 | 14.79 x 5 | = 73.95 |
| 10.99 x 3 +2 +2 +1 +2 +2 +1 | 10.99 x 13 | = 142.87 |
| 6.59 x 4 | 6.59 x 4. | = 26.36 |
| 7.99 x 3 +4 +11 +1 | 7.99 x 19 | = 151.81 |
| 9.19 x 2 | 9.19 x 2 | = 18.38 |
| 11.99 x 6 +2 +2 | 11.99 x 10 | = 119.90 |
| 9.89 x 1 | 9.89 x 1 | = 9.89 |
| 16.99 x 2 +4 +3 | 16.99 x 9 | = 152.91 |
| 5.99 x 4 | 5.99 x 4 | = 23.96 |
| 3.99 x 5 | 3.99 x 5 | = 19.95 |
| 8.19 x 2 | 8.19 x 2 | = 16.38 |
| 7.59 x 2 | 7.59 x 2 | = 15.18 |
| 2.29 x 10 | 2.29 x 10 | = 22.90 |
| 14.99 x 3 | | 44.97 |
| 17.99 x 8 | | 143.92 |
| 33.99 x 7 | 237.93 | |
| 25.99 x 3 | 77.97 | |
| 19.99 x 3 | 59.97 | |
| 8.89 x 7 | 62.23 | = 3094.15 |

| | |
|---|---|
| 3.49×3 | = 10.47 |
| 1.99×4 +8 +7 +2 +3 +2 | = 51.74 |
| 3.29×6 | = 19.74 |
| 2.59×5 | = 12.95 |
| 2.29×9 | = 20.61 |
| 2.99×1 | = 2.99 |
| 2.89×8 +3 | = 31.79 |
| 2.39×4 +7 | = 26.29 |
| 2.29×8 | = 18.32 |
| 3.99×6 +3 +2 | = 43.89 |
| 4.29×5 +4 | = 38.61 |
| 2.99×5 +1 +1 | = 20.93 |
| 1.99×4 | = 7.96 |
| 4.99×1 | = 4.99 |
| 4.79×7 | = 33.53 |
| 3.99×2 +1 +9.94 +12 +3 +2 | = 99.3 |
| 2.99×2 +2 +3 | = 20.93 |

```
Obj small.

2.19x4  +5                              = 19.71
2.49x4  +4 +2 +6 +7  2.49x3) = 82.17
3.49x3.                                 =   10.47
1.99x4 +8 +7 +2 +3 +2           = 51.74
3.29x6                                  = 19.74
2.59x5                                  = 12.95
2.29x 9.                                = 20.61
2.99x1                                  = 2.99
2.89x8 + 3.                             = 31.79
3.09x    +7                             = 26.39
2.29x8                                  = 18.32
3.99x 6  +3 +2                          = 43.89
4.29x5 +4.                              = 38.61
2.99x 5 +1 +1                           = 20.83
     1.99x4.                            = 7.96
4.99x1                                  = 4.99
4.49x7                                  = 33.43
3.99x2  +4 +2 +4 +4 +2 +3 +2       = 99.8
2.99x2  +2 +3.                          = 20.83
3.49x2 +1                               = (0.83)
2.39x2                                  = 4.78
1.99x2 +1 +8 +2 +3 +6 +2           43.78
.69 X 24                                16.56
1.59x2                                  3.18
1.89x2                                  3.78
```