IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>vs. )<br>)<br>CHUL HO CHO, )<br>dba "Kalakaua Market", )<br>)<br>           Defendant. )<br>)<br>)<br>)<br>)<br>_____) | CR. NO. 04-00037 JMS-01<br>CR. NO. 05-00097 JMS-01<br><br><br><br><br>CERTIFICATE OF SERVICE<br><br>Sentencing Date: June 26, 2006<br>Time: 3:00 p.m.<br>Judge: J. Michael Seabright |

## CERTIFICATE OF SERVICE

I hereby certify that a file-stamped copy of the foregoing document was mailed by United States Mail, postage prepaid, or by hand delivery on the ___29___ day of March, 2006, to the following parties at their last known address:

**MICHAEL K. KAWAHARA**
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850

**MONA L. GODINET**
United States Probation Officer
UNITED STATES DISTRICT COURT PROBATION DEPT.
PJKK Federal Building, #C-110
300 Ala Moana Blvd.
Honolulu, HI  96821

DATED: Honolulu, Hawaii, March 29, 2006.

OF COUNSEL:
KIUCHI & NAKAMOTO

BY: _____
KEITH M. KIUCHI
Attorneys for Defendant CHUL HO CHO

2