ORIGINAL

OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI  #2735
1001 Bishop Street
Pauahi Tower, Suite 2525
Honolulu, HI  96813
Tel. No.: (808) 521-7465

MARY M. S. SHIN  #4851
Century Center
1750 Kalakaua Ave., Suite 206
Honolulu, HI  96826
Tel. No.: (808) 953-2109
FAX No.: (808) 953-2111

Attorneys for Defendant
CHUL HO CHO, dba "Kalakaua Market"

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 08 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 04-00037 JMS-01 |
| ) | CR. NO. 05-00097 JMS-01 |
| vs. ) | |
| ) | |
| CHUL HO CHO, ) | STIPULATION AND ORDER |
| dba "Kalakaua Market", ) | MODIFYING DEFENDANT CHUL HO |
| ) | CHO'S CONDITION OF PRETRIAL |
| Defendant. ) | RELEASE |
| ) | |

**STIPULATION AND ORDER MODIFYING
DEFENDANT CHUL HO CHO'S CONDITION OF PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the terms and conditions of Defendant Chul Ho Cho's pretrial release be modified as follows:

1. Condition 7(h)(1): Defendant is allowed to travel outside the State of Hawaii to the State of California for the period from June 8, 2006 to June 22, 2006

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, June __7__, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BY: _____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

OF COUNSEL:
KIUCHI & NAKAMOTO

BY: _____
KEITH M. KIUCHI

Attorneys for Defendant CHUL HO CHO

_____
U.S. Pretrial Services Officer

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, __JUN 0 7 2006__.

_____
The Honorable KEVIN S. C. CHANG
United States Magistrate

---

STIPULATION AND ORDER MODIFYING DEFENDANT CHUL HO CHO'S CONDITION OF PRETRIAL RELEASE; United States of America vs. Chul Ho Cho; CR. NO. 04-00037 JMS-01, CR. NO. 05-00097 JMS-01

---

2