# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00037JMS-01 |
| CASE NAME: | United States of America vs. Chul Ho Cho, dba "Kalakaua Market" |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | Keith M. Kiuchi<br>Mary M. S. Shin |
| INTERPRETER: | Esther Cho |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 8/21/2006 | TIME: | 3:30 - 4:00 |

COURT ACTION:  Sentencing to Count 1 of the Indictment:

Defendant present with counsels Keith Kiuchi and Mary Shin.

Memorandum of Plea Agreement accepted.

Allocution by the defendant.

Probation 3 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

Page 2
Criminal 04-00037JMS-01
U.S.A. vs. Chul Ho Cho
August 21, 2006

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition). Since the defendant does not have a recent history of substance abuse and the offense is not drug related, is recommended that the Court waive the mandatory drug test condition.

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

8. That the fine of $5,000 is due immediately and any remaining balance upon release from confinement be paid during the period of probation on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

9. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

Page 3
Criminal 04-00037JMS-01
U.S.A. vs. Chul Ho Cho, dba Kalakaua Market
August 21, 2006

Fined $5,000 as to each of Count 1 in Criminal No. CR 04-00037JMS-01 and Count 1 of Criminal No. 05-00097JMS-01.

Special Monetary Assessment $100.

Advised of rights to appeal.

Governments Oral Motion to Dismiss Count 2 GRANTED.

Final Order of Forfeiture filed in Open Court.

Ordered that Probation be transferred to the Central District of California.

Submitted by:   Dottie Miwa, Courtroom Manager

Submitted by: Dottie Miwa, Courtroom Manager