FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at 2 o'clock and 05 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG 04-0014 KSC |
| Plaintiff(s), | ) | |
| | ) | CR 04-00037 |
| vs. | ) | |
| | ) | |
| Chul Ho Cho, | ) | |
| | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 4 2004

at 8 o'clock and 40 min a M
WALTER A. Y. H. CHINN, CLERK

### NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number HL0021705 issued at Republic Of Korea, on July 31, 2001 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 14, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     June 29, 1961

Place of Birth:    Korea

Dated at Honolulu, Hawaii on January 14, 2004.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 9.19.06     Signature: _____
Owner of Passport